UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:05-00058 |
| | ) | JUDGE CAMPBELL |
| PAULIUS KALPOKAS | ) | |

ORDER

Pending before the Court is the Government's Motion to Dismiss (Docket No. 4) the Indictment filed March 16, 2005. The Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE